United States Courts
Southern District of Texas
FILED
AUG 1 1 2023
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NATALIIA VEREINA, an individual,<br>*Plaintiff*,<br>v.<br>SUJUN CHEN, an individual,<br>*Defendant*. | Case No. 23 CV 2963 |

# ORIGINAL COMPLAINT FOR COPYRIGHT INFRINGEMENT

1. Nataliia Vereina ("Plaintiff") hereby brings this action for copyright infringement against Sujun Chen ("Defendant") alleging infringement of the following copyright work: artwork "Learning Tarot Cards," registration number TXu 2-304-549, registered on March 8, 2022 (the "Copyright"), attached hereto as **Exhibit A**.

## NATURE OF THE ACTION

2. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et. seq.).

## PARTIES

3. Plaintiff Nataliia Vereina, an individual doing business as Witchy Cauldron residing at 4311 Long Glen Dr, Kingwood, Texas, 77339.

4. On information and belief, Defendant Sujun Chen is individual residing at Room 910, Fulton Building, Luotuo Street, Zhenhai District, Ningbo City, Zhejiang Province, People's Republic of China.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (copyright infringement); 28 U.S.C. § 1367 (supplemental jurisdiction).

6. The Court has personal jurisdiction over Defendant for the following reasons: (1) Defendant is present within or has minimum contacts within the State of Texas and Southern District of Texas; (2) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this district; (3) Defendant has sought protection and benefit from the laws of the State of Texas; (4) Defendant regularly conducts business within the State of Texas and within this district, and Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this district.

7. Defendant, directly and/or through intermediaries, ships, distributes, uses, offers for sale, sells, and/or advertises products and services in the United States, the State of Texas, and the Southern District of Texas including but not limited to the products which contain the infringing Copyright as detailed below. Upon information and belief, Defendant has committed copyright infringement in the State of Texas and in this district; Defendant solicits and has solicited customers in the State of Texas and in this district.

8. Venue is proper in the Southern District of Texas because he has transacted business in this district, and has directly and/or indirectly committed acts of infringement in this district. Venue is property in this district pursuant to 28 U.S.C. § 1391(b) a substantial part of the events or omissions giving rise to the claims occurred in this District. Moreover, Defendant consented to the jurisdiction of any judicial district in which Amazon may be found. Amazon can be found in Texas and in this district.

## ACCUSED PRODUCTS

9. Defendant makes, uses, offers for sale and sells in the U.S. products that infringe Plaintiff's copyright, including, but not limited to artwork "Learning Tarot Cards," registration number TXu 2-304-549, registered on March 8, 2022 (collectively, the "Accused Product").

## ALLEGATIONS COMMON TO ALL COUNTS

10. Plaintiff is an individual doing business as Witchy Cauldron specializing in e-commerce. Plaintiff sells Learning Tarot Cards on Amazon marketplace.

11. Defendant is an individual from China selling similar products on Amazon marketplace.

12. Plaintiff is the copyright owner of an original work known as Learning Tarot Cards.

13. The Work is an original copyrightable work. Reg.# TXu 2-304-549 Plaintiff has complied in all respects with 17 U.S.C. § 101 et seq. and has secured exclusive rights in the Work and has received its copyright registration in the Work with the Copyright Office in accordance with its rules and regulations.

14. Defendant sells Accused Product despite having no permission to do so.

15. Plaintiff submitted a Notice of Infringement on Amazon. See attached **Exhibit B.**

16. In response to Plaintiff's complaint, Defendant submitted Counter-Notification, alleging that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. See attached **Exhibit C**. This statement of Defendant is absolutely false and is not supported by any evidence. Defendant copied text and photographs without the Plaintiff's permission, published and distributed by Amazon marketplace unauthorized piracy copies. All texts are 91% plagiarism; background pictures are 13% plagiarism. Accordingly, Defendant committed a copyright

infringement.

17. By selling the Accused Product without permission from copyright owner, Defendant is engaging in copyright infringement.

18. Upon information and belief, Defendant has infringed and is infringing the copyright in the Work by unlawfully reproducing and distributing identical copies of the Work, in violation of the United States Copyright Act, 17 U.S.C. §§ 106 et seq.

19. The natural and probable foreseeable result of Defendant's wrongful conduct has been to deprive Plaintiff of the benefits of selling products embodying the Work and licensing others to sell products embodying the Work, and to injure Plaintiff's relationship with present and prospective customers.

20. Defendant's production and sale of the infringing products and Defendant's wrongful conduct has also deprived and continues to deprive Plaintiff of the opportunity of expanding its good will.

21. Defendant's infringements were and are willful, in bad faith, and executed with full knowledge of Plaintiff's copyright, and in conscious disregard for Plaintiff's exclusive rights in the protected Work.

22. Defendant's deliberate infringement of Plaintiff's copyright has greatly and irreparably damaged Plaintiff, and Defendant will continue to damage Plaintiff greatly and irreparably unless enjoined by this Court. In the absence of injunctive relief, Plaintiff will have no adequate remedy at law. Accordingly, Plaintiff is entitled to a temporary and permanent injunction in accordance with 17 U.S.C. § 502.

///

///

**COUNT I**
**Copyright Infringement – 17 U.S.C. § 101 et seq.**

23. Plaintiff incorporates the above paragraphs herein by reference, the same as if set forth herein.

24. Plaintiff owns Copyright in this case.

25. Plaintiff registered the Work with the Register of Copyrights pursuant to 17 US.C. § 411(a). A true and correct copy of the Certificate[s] of Registration from the U.S. Copyright Office.

26. Plaintiff is currently and at all relevant times has been the sole proprietor of all rights, title and interest in and to the copyrights of Copyright.

27. Copyright is a wholly original work that is copyrightable subject matter under the laws of the United States.

28. At no time has Plaintiff authorized Defendant to reproduce, distribute, prepare derivative works, or publicly display the Copyright or any portion thereof.

29. Defendant is willfully infringing Plaintiff's Copyright by reproducing, displaying, distributing, and creating derivative works of the Copyright without permission in violation of the Copyright Act, 17 U.S.C. § 106.

30. The infringement was willful, executed with full knowledge of Plaintiff's copyright, and in conscious disregard of Plaintiff's exclusive rights in its protected Copyright.

31. By reason of the infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss, and damage to its ownership rights in the Copyright.

32. Because Plaintiff is without an adequate remedy at law, Plaintiff is entitled to an injunction, in accordance with 17 U.S.C. § 502, restraining Defendant, its officers, directors,

agents, employees, representatives, assigns, and all persons acting in concert with Defendant from engaging in further acts of copyright infringement.

33. Plaintiff is further entitled to recover from Defendant the gains, profits, and advantages Defendant has obtained as a result of copyright infringement.

34. At its election, Plaintiff is entitled to recover statutory damages in accordance with 17 U.S.C. § 504.

35. Plaintiff is also entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

36. Plaintiff is informed and believes, and on that basis alleges, that unless enjoined by this Court, Defendant will continue its course of conduct and will continue to wrongfully use, infringe upon, sell, and otherwise profit from Plaintiff's Copyright.

## REQUEST FOR RELIEF

37. Plaintiff incorporates each of the allegations in the paragraphs above and respectfully asks the Court to:

A. For a preliminary and permanent injunction enjoining and restraining Defendant and all persons acting in concert with Defendant from reproducing, distributing, creating derivative works, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the copyrighted Work, and to destroy and certify to the Court such destruction or deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendant's possession or control;

B. For a preliminary and permanent injunction enjoining and restraining Defendant and its agents, servants, employees, attorneys, and all persons acting in concert and participation

with it from infringing upon Plaintiff's copyrights.

    C.    For actual damages, punitive damages, and Defendant's profits to be determined at trial, plus interest;

    D.    For statutory damages of $150,000 per infringement pursuant to 17 U.S.C. § 504, at Plaintiff's election;

    E.    For an award of reasonable attorney's fees and costs under 17 U.S.C. § 505; and

    F.    For such other and further relief as the Court deems just and proper.

Dated: August 11, 2023        Respectfully submitted,

                      */Nataliia Vereina/*
                      Nataliia Vereina, pro se

# Exhibit A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-304-549**

**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
March 08, 2022

## Title

**Title of Work:** Learning Tarot Cards

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Nataliia Vereina, dba Witchy Cauldron
  **Author Created:** text and photographs
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1990

## Copyright Claimant

**Copyright Claimant:** Nataliia Vereina
4311 Long Glen Dr, KINGWOOD, TX, 77339

## Limitation of copyright claim

**Material excluded from this claim:** artwork

**New material included in claim:** text and photographs

## Rights and Permissions

**Organization Name:** Witchy Cauldron
**Name:** Nataliia Vereina
**Email:** natalyvereina@gmail.com
**Telephone:** (832)208-1053
**Address:** 4311 Long Glen Dr
4311 Long Glen Dr

# Exhibit B



VHNS LLC, Nataliia Vereina

4311 Long Glen Dr.,

Kingwood, TX 77339

June 26, 2023

Attn: ningboshizhenhailiweishidianzikejiyouxiangongsi

骆驼街道富尔顿大厦910

宁波市

镇海区

浙江省

315202

CNCC: Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
Phone: 206-266-4064
Fax: 206-266-7010

Dear Sir or Madam:

    Please be advised that I represent VHNS, LLC. ("Witchy Cauldron") in connection with their intellectual property matters. We are writing to object to your misappropriation, unauthorized use, infringement and distribution of Witchy Cauldron's intellectual property, specifically the Witchy Cauldron Learning Tarot that is found on Amazon.com.

    It has come to Witchy Cauldron's attention that you reproduced and distributed materials that are substantially the same as Witchy Cauldron. Furthermore, Witchy Cauldron has reserved all of its rights in such art work and texts under copyright law and has not authorized you to reproduce, distribute, display, or otherwise make use of such works. Therefore, your use of these works is a clear infringement of Witchy Cauldron's copyrights in violation of Sections 106 and 501 of the federal Copyright Act.

    In order to avoid further escalation of this matter, Witchy Cauldron requests that

# Exhibit C

 Gmail

Nataliia Vereina <natalyvereina@gmail.com>

## We've received a counter notice for your Amazon.com report

no-replies-appeal@amazon.com <no-replies-appeal@amazon.com>
To: natalyvereina@gmail.com

Tue, Aug 1, 2023 at 12:16 PM

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 13402324331
ASIN: B0C6TP9NJ8
Title: mrdiyshisha Learning Tarot in A Tin

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0C6TP9NJ8 SKU: learn002 Complaint ID: 13402324331 Submission type: dispute You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in � 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0C6TP9NJ8 My contact information is as follows:Full Legal Name: Sujun Chen   Email Address: qwerzhd@126.com   Mailing Address: Room 910, Fulton Building, Luotuo Street, Zhenhai District, Ningbo City, Zhejiang Province, People's Republic of China   Phone Number: +86 15167046118 ?? (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ?? (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ?? (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ?? (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ?? (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION. Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. Sujun Chen

Thank You,
Amazon



 Gmail

Nataliia Vereina <natalyvereina@gmail.com>

# We've received a counter notice for your Amazon.com report

no-replies-appeal@amazon.com <no-replies-appeal@amazon.com>
To: natalyvereina@gmail.com

Tue, Aug 1, 2023 at 12:16 PM

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 13402362591
ASIN: B0BCX9ZJ54
Title: mrdiyshisha 78 Learning Tarot Cards for Beginners with Meanings, Keywords, Yes/No, Chakra, Planet, Zodiac, Element, Numerology.Pocket Edition: 10.3cm x 6cm (4.06" x 2.36")

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0BCX9ZJ54 SKU: xuexi001 Complaint ID: 13402362591 Submission type: dispute You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in � 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled. The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0BCX9ZJ54 My contact information is as follows:Full Legal Name: Sujun Chen Email Address: qwerzhd@126.com Mailing Address: Room 910, Fulton Building, Luotuo Street, Zhenhai District, Ningbo City, Zhejiang Province, People's Republic of China Phone Number: +86 15167046118 ?? (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found. ?? (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. ?? (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. ?? (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct. ?? (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION. Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. Sujun Chen

Thank You,
Amazon